**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BMO HARRIS BANK N.A., a national association,<br><br>    Plaintiff,<br><br>    v.<br><br>JASVINDER SINGH, an individual resident and citizen of California dba NS TRANSPORT; DOES 1-10,<br><br>    Defendants. | No. 1:23-cv-00067-JLT-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 8, 15) |

On May 4, 2023, the assigned magistrate judge issued findings and recommendations that recommended plaintiff's motion for default judgment be granted with a reduction in the amount of requested attorneys' fees. (Doc. 15.) The Court served the findings and recommendations on the parties appearing in the action and notified them that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No objections have been filed, and the time in which to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. The findings and recommendations issued on May 4, 2023 (Doc. 15) are **ADOPTED IN FULL**.
2. Plaintiff's motion for default judgment (Doc. 8) is **GRANTED** with a reduction in the requested amount of attorneys' fees.

1

3. Default judgment shall be entered in favor of plaintiff and against defendant Jasvinder Singh dba NS Transport in the amount of $996,308.80, plus post-judgment interest, less any net proceeds received from the liquidation of any collateral vehicles recovered.

4. Defendant is ordered to pay plaintiff an amount of $6,725.50, which represents the reasonable attorneys' fees, expenses and costs incurred in enforcing the loan agreements at issue and in collection of the amounts due.

5. Plaintiff is awarded final possession of the unrecovered vehicles identified in the findings and recommendations and, upon recovery, is authorized to liquidate the vehicles in a commercially reasonable manner.

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 26, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE